UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ASSOCIATION OF COMMUNITY
ORGANIZATIONS FOR REFORM NOW

vs. C.A. NO. 06-208ML

TOWN OF EAST GREENWICH, et als

**ORDER**

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
May 8 , 2006

Entered as an Order of this Court on May 8 , 2006.

Barbara Barletta
Deputy Clerk