COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Association of Community Organizations for Reform Now :

Plaintiff : [redacted] 06 208 MLT

vs. : C.A. No. 06-

TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their official capacities, its CHIEF OF POLICE David Desjarlais in his official capacity and its FINANCE DIRECTOR Thomas Mattos in his official capacity :

Defendants :

PLAINTIFF'S MOTION FOR
A TEMPORARY RESTRAINING ORDER

This matter is before the Court on the Motion of Plaintiff Association of Community Organizations for Reform Now ("ACORN") for a temporary restraining order against the Defendants, their attorneys, officers, servants, employees and agents, and all persons acting in concert with them from a) requiring plaintiff to obtain and pay for a permit to conduct political canvassing for each of its canvassers; b) denying plaintiff the right to canvass until 9:00 p.m. and/or c) arresting, harassing or commencing criminal, civil, or administrative proceedings against the plaintiff, its canvassers, or any persons acting in concert with them based upon their conducting peaceful canvassing activities in the Town of East Greenwich before 9:00 p.m.

T.R.O Denied – hearing on P.I set for May 16, 2006 at 2PM before Chief Judge Torres; Ronald R. Lagueux S.J. USDJ 5/10/06