**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ASSOCIATION OF COMMUNITY ORGANIZATIONS
REFORM NOW

VS. C.A. NO: 06-

TOWN OF EAST GREENWICH, by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their office capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity

**OBJECTION**

Now comes the defendants, the Town of East Greenwich, et al, and object to the plaintiff's motion for a temporary restraining order.

Defendants,
By Their Attorney,

Peter A. Clarkin, Town Solicitor
McKenney, Jeffrey & Quigley
95 Chestnut Street
Providence RI 02903
401-454-4550

**CERTIFICATION**

I hereby certify that I hand delivered a copy of the within document to Carolyn Mannis, Esq., 170 Westminster Street, Suite 800, Providence, Rhode Island 02903 on May 10, 2006.