ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Association of Community Organizations for Reform Now<br><br>Plaintiff<br><br>vs.<br><br>TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their official capacities, its CHIEF OF POLICE David Desjarlais in his official capacity and its FINANCE DIRECTOR Thomas Mattos in his official capacity<br><br>Defendants | C.A. No. 06-208-T |

PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

This matter is before the Court on the Motion of Plaintiff Association of Community Organizations for Reform Now ("ACORN") for a preliminary enjoining the Defendants, their attorneys, officers, servants, employees and agents, and all persons acting in concert with them from a) requiring plaintiff to obtain and pay for a permit to conduct political canvassing for each of its canvassers; b) denying plaintiff the right to canvass until 9:00 p.m. and/or c) arresting, harassing or commencing criminal, civil, or administrative proceedings against the plaintiff, its canvassers, or any persons acting in concert with them based upon their conducting peaceful canvassing activities in the Town of East Greenwich before 9:00 p.m.

Because ACORN has a likelihood of success on the merits, will suffer irreparable harm if the restraining order is not granted, its injury outweighs any harm which granting injunctive relief would impose on the Defendants, and the public interest will not be adversely affected, this Court should issue a preliminary injunction against the Defendants.

In support of its motion, Plaintiff relies on its Memorandum of Law submitted in support of its request for a Temporary Restraining Order and Verified Complaint previously filed with this Court. Plaintiff also relies on whatever further documentary or testimonial evidence and argument as may be offered at the time of hearing on this matter.

Plaintiff
By its Attorney:

CAROLYN A. MANNIS, ESQ. #4275
As volunteer attorney for the R.I. Affiliate of the
American Civil Liberties Union
170 Westminster Street, Suite 800
Providence, RI 02903
401.454.4466 (Telephone)
401.351.3914 (Facsimile)

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Peter A. Clarkin, Esq., McKenney, Jeffrey & Quigley, 95 Chestnut Street, Providence, RI 02903 and John J. Cloherty III, Esq., Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, MA 02110-1257 on this 23rd day of May, 2006.