AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Association of Community Organizaions for Reform Now V. Town of East Greenwich, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA06-208T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Carolyn Mannis | Peter Clarkin; John Cloherty |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 24, 2006 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/24/06 | | | W-1 Jeffrey Partridge |
| | | 5/24/06 | | | W-2 Leila Jenkins |
| | | 5/24/06 | | | W-3 William Sequino, Jr. |
| | A | 5/24/06 | X | FULL | Town of East Greenwich Ordinance |
| | | 5/24/06 | | | W-4 David Dejarlais |
| | B | 5/24/06 | X | FULL | Selective Search of E. Greenwich Police Department's Dispatch Log |
| 1 | | 5/24/06 | X | FULL | Ordinance faxed from E. Greenwich Police Dept. to Jeffrey Partridge |
| 2 | | | X | | Fee Schedule |
| 1A | | 5/24/06 | X | FULL | Extra Page from faxed Ordinance |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.