UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Association of Community Organizations for Reform Now,
Plaintiff,

v.

TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity,
Defendants.

C.A. NO. 06-208 T

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record on behalf of the defendants, TOWN OF EAST GREENWICH, by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity, in the above-captioned matter.

Respectfully submitted,

The Defendants,
TOWN OF EAST GREENWICH, by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty, R.I. Bar No. 5068
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance St., Suite 400
Providence RI 02903
(866) 896-4901

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail & by facsimile.

5/23/06
Date