UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Association of Community Organizations for Reform Now<br><br>Plaintiff<br><br>vs.<br><br>TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their official capacities, its CHIEF OF POLICE David Desjarlais in his official capacity and its FINANCE DIRECTOR Thomas Mattos in his official capacity<br><br>Defendants | C.A. No. 06-208-T |

NOTICE OF APPEAL

Notice is hereby given that Association of Community Organizations for Reform Now (ACORN), plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the memorandum and order denying plaintiff's motion for preliminary injunction entered in this action on 27th day of September, 2006.

Plaintiff

By its Attorney:

CAROLYN A. MANNIS, ESQ. #4275
As volunteer attorney for the R.I. Affiliate of the
American Civil Liberties Union
170 Westminster Street, Suite 800
Providence, RI 02903
401.454.4466 (Telephone)
401.351.3914 (Facsimile)