UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 8, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***ACORN v. TOWN OF EAST GREENWICH, ET AL.***
***USDC CA06-208T*** ***COA: 06-2534***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #16 - Transcript of Hearing on Plaintiff's Motion for Preliminary Injunction held 5/24/2006 before Judge Ernest C. Torres; Cert. Copy of Docket.