AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

*Please Read Instructions above*

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | | |
|---|---|---|---|---|
| 1. NAME<br>John J. Cloherty III | | 2. PHONE NUMBER<br>(617) 350-0950 | 3. DATE<br>1/9/2007 | |
| 4. MAILING ADDRESS<br>Pierce, Davis & Perritano, LLP, Ten Winthrop Square | | 5. CITY<br>Boston | 6. STATE<br>MA | 7. ZIP CODE<br>02110 |
| 8. CASE NUMBER<br>1:06-cv-00208-T-DLM | 9. JUDGE<br>Judge Ernest C. Torres | DATES OF PROCEEDINGS<br>10. FROM 5/24/2006 | 11. 5/24/2006 | |
| 12. CASE NAME<br>ACORN v. Town of East Greenwich, et al. | | LOCATION OF PROCEEDINGS<br>13. US District Court of R.I. | 14. US District Court of R.I. | |

15. ORDER FOR

- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | 5/24/2006 |
| [X] OPENING STATEMENT (Plaintiff) | 5/24/2006 | All Witnesses | |
| [X] OPENING STATEMENT | 5/24/2006 | | |
| [X] CLOSING ARGUMENT (Plaintiff) | 5/24/2006 | [ ] PRE-TRIAL PROCEEDING | |
| [X] CLOSING ARGUMENT (Defendant) | 5/24/2006 | | |
| [ ] OPINION OF COURT | 5/24/2006 | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion Preliminary Injunction | 5/24/2006 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | | | |
|---|---|---|---|---|
| 18. SIGNATURE | | | ESTIMATE TOTAL | 0.00 |
| 19. DATE<br>1/9/2006 | | | PROCESSED BY | |
| TRANSCRIPT TO BE PREPARED BY | | | PHONE NUMBER | |
| | | | COURT ADDRESS | |
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY