06-00208
USDCRI
Torres

# United States Court of Appeals
## For the First Circuit

---

No. 06-2534

ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR REFORM NOW,

Plaintiff, Appellant,

v.

MANDATE

TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their official capacities, its CHIEF OF POLICE David Desjarlais in his official capacity and its FINANCE DIRECTOR Thomas Mattos in his official capacity,

Defendants, Appellees.

---

**JUDGMENT**

Entered: June 27, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the request for a preliminary injunction is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** JUL 18 2007

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Mannis, Mr. Cloherty & Mr. Clarkin.]