UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Association of Community Organizations for Reform Now, Plaintiff, | |
| v. | C.A. NO. 06-208 T |
| TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity, Defendants. | |

**MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFENDANT TOWN OF EAST GREENWICH**

Defendant Town of East Greenwich hereby moves, pursuant to Fed. R. Civ. P. 37(a)(2), that this Court order the Plaintiff, to provide Answers to Interrogatories and a Response to Request for Production of Documents submitted in Defendant's Rules 33 and 34 requests and that such answers and responses be produced within 30 days from granting this Motion. In support of this Motion, the Defendant states:

1. On October 17, 2007, pursuant to Rules 33 and 34, Defendant Town of East Greenwich served upon Association of Community Organizations for Reform Now:

   (a) Town of East Greenwich's First Set of Interrogatories to be Answered by the Plaintiff; and

   (b) Town of East Greenwich's First Request for the Production of Documents to the Plaintiff.

2. These discovery requests were served upon the Plaintiff via its counsel of record, Carolyn A. Mannis, Esq. True and accurate copies of these requests are attached hereto as Exhibits “A” and “B”.

3. Pursuant to Rule 33, the Plaintiff, Association of Community Organizations for Reform Now, had thirty (30) days to provide answers to the Interrogatories.

4. The thirty-day period permitted by Rule 33 has expired, yet the Plaintiff, Association of Community Organizations for Reform Now, has failed to file written Answers to Interrogatories.

5. Pursuant to Rule 34, the Plaintiff had thirty (30) days to provide responses to the document requests.

6. The thirty-day period permitted by Rule 34 has expired, yet the Plaintiff, Association of Community Organizations for Reform Now, has failed to provide a response to the Defendant Town of East Greenwich’s, request for documents.

7. The information requested in said discovery requests is properly subject to discovery within the scope of Rules 26(b), 33 and 34, and is described with reasonable particularity.

8. The Plaintiff, Association of Community Organizations for Reform Now, has failed to file or apply for a protective order with respect to said discovery requests.

9. The undersigned counsel hereby certifies that prior to bringing this Motion, he “has in good faith conferred or attempted to confer with the . . . party failing to make the discovery in an effort to secure the information or material without court action.” See Fed. R. Civ. P. 37(a)(2)(B).

10. As evidence of these efforts, please see the accompanying correspondence from defense counsel dated February 12, 2008 (attached hereto as Exhibit C).

WHEREFORE, the Defendant Town of East Greenwich requests an order compelling the Plaintiff, Association of Community Organizations for Reform Now, to answer the interrogatories and respond to the request for production of documents within 30 days of granting this Motion.

Respectfully submitted,

The Defendants,
TOWN OF EAST GREENWICH, by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR,
by their attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

**/s**/ John J.Cloherty III

John J. Cloherty III, RI Bar No.5068
90 Canal Street
Boston, MA 02114
(617) 350-0950

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, Motion to Compel Plaintiff's Answers to Interrogatories and Response to Request for Production of Documents Propounded by Defendant Town of East Greenwich, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on June 10, 2008.

/s/ John J. Cloherty III

John J. Cloherty III