# EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Association of Community Organizations for Reform Now,
Plaintiff,

v.

C.A. NO. 06-208 T

TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity,
Defendants.

**DEFENDANTS' FIRST SET OF**
**INTERROGATORIES TO THE PLAINTIFF**

**Instructions and Definitions**

1. With respect to each answer of each interrogatory which is not within your personal knowledge, please:

a. State the names, addresses, and positions of the person or persons to whom such answer is a matter of personal knowledge.

b. Identify each document used in answering the interrogatory or upon which the interrogatory is based.

c. Identify each person who assisted or participated in preparing and/or supplying any of the information given in answer to or relied upon in preparing answers to these interrogatories.

2. The term "communication" includes any written communication and without limitation, any oral communication, including any conversation, negotiation, or meeting in person, by telephone or by any other means. The term also includes, without limitation, discussions, statements, meetings, interviews, consultation and any other manner of oral utterance.

3. The term "document" as used herein means any written, recorded or photographic matter and any items, in whatever form included within the scope of Rule 34 of the Rules of Civil Procedure. It also includes the original of any items and any edited or annotated copy.

4. The term 'identify" means (i) as to a document: a brief description (i.e. letter, minutes, memorandum), the date or best information as to when the document was created, identify the authors and all recipients, the present or last known location of the document, identify the present or last known custodian of the document; (ii) as to any person: the name, current or last known job title and business address; and (iii) as to any "communication," the date thereof or best information as to when the communication occurred, identify the participants, the locations where the communication took place, and the substance of the conversation stating as accurately as possible who said what.

5. These interrogatories are continuing and are to be supplemented as provided for by the applicable Rules of Civil Procedure.

**INTERROGATORIES**

1. Kindly state the full name, residential address, business address, title, date of birth and social security number of the person answering these interrogatories and the person aiding in the preparation of the answering of these interrogatories.

2. Kindly state the number of individuals who are employed by or work for the Association of Community Organizations for Reform Now ("ACORN") in Rhode Island, between March 2006 and April 2007. Please identify them by name, residential addresses, business addresses, title, date of birth and social security numbers, state whether such individual is a paid employee or a volunteer, and describe the compensation paid to such persons.

3. Please describe any and all activities by ACORN or its employees or agents within or concerning the Town of East Greenwich, specifying the nature and scope of such activities, the dates and participants in such activities, and whether a permit was obtained to conduct such activities.

4. Kindly identify how long ACORN has been in existence as a Rhode Island organization, describe its organizational mission or goals, and its methodology for achieving such organizational mission or goals.

5. Kindly identify all communications, between ACORN and the Town of East Greenwich, its agents, employees, representatives, and any other person or entities acting or purporting to act on its behalf, regarding canvassing in the Town of East Greenwich, whether the communication was oral or written, the parties to the communication, the date, time and place of each such communication, the manner in which such communication was made on each such date (i.e. face-to-face conversation, telephone, letter, etc.), full and complete detail of the entire contents of the communication.

6. Kindly state all dates and times members, employees, officials or agents of ACORN sought to engage in conduct you believe is protected by the First Amendment within the Town of East Greenwich, describing the activity, and stating any actions by law enforcement officials or other officials of the Town of East Greenwich which you contend in any way affected that conduct.

7. Kindly state whether any member, employee, official or agent of ACORN has ever been prosecuted, fined, warned, reprimanded, or convicted of violating any East Greenwich Ordinance. If so, please provide:

   a. the full identity of the individual who was prosecuted, fined, warned, reprimanded or convicted;

   b. the circumstances giving rise to such prosecution or penalty;

   c. the date of such prosecution or penalty;

   d. what type of penalty he/she was issued; and

   e. whether or not such prosecution or penalty was challenged, and if so please explain how.

8. Please state with specificity all the facts that support or refute ACORN's claim that they suffered a loss of income as a direct result of the time limitation and permit requirement imposed upon ACORN by the Town of East Greenwich, its officers, agents or representatives by indicating the specific monetary amounts allegedly lost.

9. Please describe, in full and complete detail, all damages ACORN contends resulted from the conduct or incidents alleged in the Complaint and itemize, in full and complete detail, all losses allegedly sustained as a result of the conduct or incidents alleged in the Complaint, whether present or future, including, but not limited to, the basis for such claimed losses or damages.

10. Kindly identify with specificity the type of contributions ACORN receives (i.e. monetary, donations, fund raising, service-in-kind, property, etc.) as a result of its activities in Rhode Island in the past five years, specifying the source of such contributions, and the method by which such contributions were solicited.

11. Please describe the nature of the speech, whether written, verbal or a combination thereof, in which ACORN intended to engage on or about April 2006, in the Town of East Greenwich, specifying whether it maintains any written record or audio/visual recordings of such intended speech.

12. Please state whether ACORN communicated the same message(s) in any other Rhode Island communities that it intended to convey in the Town of East Greenwich on or about April 2006, specifying the name of each such community, the date(s) such message was conveyed, whether a permit was obtained from that community, and if so, state whether ACRON paid a fee for such permit, provided advanced notice of its participants, and maintained a copy of the permitting documents.

13. Please state whether ACORN has ever sought or obtained a permit to conduct door-to-door canvassing or other soliciting activities in any other Rhode Island towns or communities, specifying the dates, locations, fees, and procedures associated with such permitting, and whether ACORN maintains a copy of the permitting documents.

14. Please identify and describe all fees paid by ACORN in support of its corporate mission in the state of Rhode Island from the past five years, specifying the dates, amounts, payees and purposes of such fees.

15. Please state whether ACORN has ever conducted door-to-door canvassing in the state of Rhode Island without soliciting monetary contributions, and if so, please identify the date, time and location of such canvassing, as well as the subject matter of such canvassing.

16. Please identify all methods or means employed by ACORN in Rhode Island or any of its other locations in the United States to communicate its message to citizens, including in person communications, radio or television communications, internet communications or any other means or methods, specifying the state where such communication methods were employed.

17. Identify by name, occupation, professional title, and present address of each person expected to be called as an expert witness at the trial and, for each expert, state the subject matter on which each expert is expected to testify, the substance of the facts to which each expert is expected to testify, the substance of the opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

Respectfully submitted,

The Defendants,
TOWN OF EAST GREENWICH, by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, by their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

John J. Cloherty III, BBO #566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail ~~(by hand)~~ on 10/9/07.