# EXHIBIT "C"

# PIERCE, DAVIS & PERRITANO, LLP

COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *
Daniel G. Skrip ♦
John R. Felice

Of counsel:
Gerald Fabiano

TEN WINTHROP SQUARE
BOSTON, MA 02110-1211

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Seth B. Barnett
Adam J. Combies *
Jason W. Crotty ▫
Sean T. Delaney
Mia B. Friedman
Kelly A. Holody
David C. Hunter †
Michael D. Leedberg •
Robert S. Ludlum †•
Allison A. MacLellan °
Michael S. Robertson
Adam Simms †
Timothy B. Sweetland

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
• also admitted in CT
▫ also admitted in FL
° also admitted in IL


February 12, 2008

Carolyn A. Mannis, Esq.
128 Dorrance Street - Suite 400
Providence, RI 02903

Re: Ass'n of Community Organizations for Reform Now ("ACORN")
v. Town of East Greenwich, et al.
U.S.D.C. District of Rhode Island C.A. No. 06-208 T

Dear Attorney Mannis:

On October 27, 2007, this office forwarded to your attention discovery requests directed to the plaintiff. To date our records do not reflect receipt of responses to the interrogatories and request for production of documents or a request for an extension of time to respond. Upon receipt of this correspondence, kindly advise as to the status of your clients' responses to these discovery requests.

Thank you for your anticipated cooperation in this regard.

Sincerely,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III

JJC/mm