UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Association of Community Organizations for Reform Now | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No. 06-208-T |
| | : | |
| TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti in their official capacities, its CHIEF OF POLICE David Desjarlais in his official capacity and its FINANCE DIRECTOR Thomas Mattos in his official capacity | : | |
| | : | |
| Defendants | : | |

**STIPULATION**

The parties hereby agree and stipulate that the Defendants' Motions to Compel Answers to Interrogatories and Production of Documents may be granted. The Plaintiff shall have up to and including thirty days from the date of filing this stipulation, that is through July 31, 2008 within which to provide responsive answers.

Respectfully submitted,

Plaintiff
By its Attorney:

/s/ Carolyn A. Mannis

Carolyn A. Mannis, Esq. #4275
128 Dorrance St., Suite 400
Providence, RI 02903
401.272.2002 (Tel.)
401.274.0175 (Fax)

Defendants
By their Attorney:

/s/ John J. Cloherty III

John J. Cloherty III #5068
90 Canal Street
Boston, MA 02114
617.350.0950 (Tel.)
617.350.7760 (Fax)