UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Association of Community Organizations for Reform Now,<br>Plaintiff,<br><br>v.<br><br>TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity,<br>Defendants. | C.A. NO. 06-208 T |

**VOLUNTARY STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), the Plaintiff, Association of Community Organizations for Reform Now, hereby dismisses without prejudice and without costs, any claims or causes of action it may have against the Defendants, TOWN OF EAST GREENWICH by and through its Town Council Members, Michael B. Isaacs, John M. McGurk, Mathias C. Wilkinson, Henry V. Boezi and Kelly A. Petti, in their official capacities, its CHIEF OF POLICE, David Desjarlais in his official capacity and its FINANCE DIRECTOR, Thomas Mattos in his official capacity, in the above-entitled cause.

Respectfully submitted,

The Plaintiff,
Association of Community Organizations
for Reform Now,
by its Attorney,

/s/ Carolyn A. Mannis

______________________________

Carolyn A. Mannis, R.I. Bar No. 4275
128 Dorrance Street - Suite 400
Providence, RI 02903
(401) 272-2002

The Defendants,
TOWN OF EAST GREENWICH, by and
through its Town Council Members,
Michael B. Isaacs, John M. McGurk,
Mathias C. Wilkinson, Henry V. Boezi and
Kelly A. Petti, in their official capacities, its
CHIEF OF POLICE, David Desjarlais in his

official capacity and its FINANCE DIRECTOR,
Thomas Mattos in his official capacity,
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III

______________________________

John J. Cloherty III, R.I. Bar No. 5068
90 Canal Street
Boston, MA 02114
(617) 350-0950